UNITED STATES COURT OF INTERNATIONAL TRADE

```
-----------------------------------------------------------x
TCW TRENDS, INC.                          :
                                          :
                 Plaintiff,               :  Court No. 12-00166
                                          :
      v.                                  :
                                          :
UNITED STATES,                            :
                                          :
                 Defendant.               :
                                          :
-----------------------------------------------------------x
```

## **COMPLAINT**

Plaintiff, TCW Trends, Inc., through its undersigned attorneys, alleges the following as its complaint in this case:

### CAUSE OF ACTION

1. The Court has jurisdiction of this action pursuant to 28 U.S.C. § 1581(a).

2. Plaintiff is the importer of record of the subject merchandise.

3. The protests and summons in this action were timely filed.

4. All liquidated duties, charges and exactions were paid prior to the commencement of this action.

5. The imported merchandise consists of men's knit tops and pants, which were imported in the four entries listed on the attached Schedule.

6. U.S. Customs and Border Protection ("CBP") liquidated the imported merchandise under subheadings 6103.43.15 and 6105.20.20 of the Harmonized Tariff Schedule of the United States, and applied the general rate of duty applicable under each HTSUS

subheading.

7. The imported merchandise was produced at an Egyptian factory, TMI Egypt, which is located in a Qualifying Industrial Zone ("QIZ") in Alexandria, Egypt and is eligible for preferential duty-free treatment pursuant to General Note 3(a)(v) of the HTSUS.

8. The imported merchandise is properly dutiable at the "free" rate applicable to qualifying merchandise pursuant to General Note 3(a)(v), HTSUS.

WHEREFORE, plaintiff respectfully requests the Court to enter judgment declaring that CBP's determination upon liquidation that the subject merchandise did not meet the requirements for Duty Free eligibility under the Qualifying Industrial Zone program was contrary to law; and that CBP be directed to reliquidate the involved entries accordingly and to refund the excess duties collected together with lawful interest; and granting such further relief, including attorneys' fees and costs, as the Court deems proper.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT, LLP
*Attorneys for Plaintiff*
599 Lexington Ave.
Floor 36
New York, NY
10022
Tel. (212) 557-4000
RSeely@GDLSK.com

By:   /s/ Robert F. Seely

Dated: October 29, 2021
       New York, New York

The protests and entries at issue in CIT No. 12-00166 are:

| Entry No. | Entry Date | Port | Protest No. |
|---|---|---|---|
| 231-1755947-0 | 1/26/2011 | 4601 | 4601-11-150064 |
| 231-1759826-2 | 2/14/2011 | 4701 | 4701-11-150046 |
| 231-1760724-6 | 2/17/2011 | 4701 | 4701-11-150039 |
| 231-1761419-2 | 2/21/2011 | 4701 | 4701-11-150038 |

11338192_1