UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 8

|  |  |
|---|---|
| TCW Trends, Inc., <br><br>   Plaintiff, <br><br>   v. <br><br> United States, <br><br>   Defendant. | Court No. 12-00166 |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action, with prejudice, and those listed on the attached schedule.

Dated: September 30, 2022

| For Plaintiff: | | For Defendant: |
|---|---|---|
| /s/ Joseph M. Spraragen | | BRIAN M. BOYNTON |
| Joseph M. Spraragen | | Principal Deputy Assistant Attorney General |
| | | |
| GRUNFELD, DESIDERIO, LEBOWITZ | | PATRICIA M. McCARTHY |
| SILVERMAN & KLESTADT LLP | | Director |
| *Attorneys for Plaintiff* | | |
| 599 Lexington Avenue, FL 36 | By: | /s/ Justin R. Miller |
| New York, New York 10022 | | JUSTIN R. MILLER |
| Tel. (212) 557-4000 | | Attorney-In-Charge |
| jspraragen@gdlsk.com | | International Trade Field Office |
| | | |
| | | /s/ Marcella Powell |
| | | MARCELLA POWELL |
| | | Senior Trial Counsel |
| | | Department of Justice, Civil Division |
| | | Commercial Litigation Branch |
| | | 26 Federal Plaza, Room 346 |
| | | New York, New York  10278 |
| | | (212) 264-9230 or 1873 |
| | | Attorneys for Defendant |

Schedule to Stipulation of Dismissal

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 12-00166 | TCW Trends, Inc. | 4601-11-150064 | 231-1755947-0 |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed with prejudice.

Dated: _____

                                    Clerk, U. S. Court of International Trade

                                    By: _____
                                               Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)